USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENIA KANELLOS,

Plaintiff,

-against-

ROCKLAND COUNTY CPS., et al.,

Defendants.

7:25-cv-10091 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

*Pro se* Plaintiff Eugenia Kanellos ("Plaintiff") has filed a "Motion to Conform the Caption Pursuant to Fed. R. Civ. P. 41." (ECF No. 63.) Therein, Plaintiff seeks to amend the case caption to remove Defendants who were previously dismissed from this action and to reflect only those Defendants who remain. (*Id.*) Specifically, Plaintiff notes that, notwithstanding the dismissal of several Defendants from this action, the case caption continues to identify those dismissed parties as Defendants. (*Id.*)

Notwithstanding Plaintiff's reliance on an inapplicable legal authority in support of her request, the relief she seeks is appropriate. To promote clarity and accurately reflect the parties remaining in this action, Plaintiff's motion is GRANTED. The Clerk of Court is respectfully directed to amend the case caption to remove those Defendants who have previously been dismissed from this action. The Clerk of Court is further directed to terminate the motion at ECF No. 63 and to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF and to note service on the docket.

Dated: August 12, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge