USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

September 30, 2026

**Eliza M. Scheibel**
914.872.7303 (direct)
Eliza.Scheibel@wilsonelser.com

**BY ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Eugenia Kanellos v. Town of Clarkstown, et al*
Case No.: 25-CV-10091 (NSR)
Our File No. 12129.00368

Dear Judge Román:

Wilson Elser represents the Town of Clarkstown (the "Town") and Police Officer Jason Gioseffi (collectively, the "Town Defendants") in the above-referenced action, commenced by *pro se* Plaintiff Eugenia Kanellos. We write to request that any response to Plaintiff's recently served pleadings be stayed in light of the Town Defendants' pending motion to dismiss.

MEMO ENDORSED

*See* Pg. 2

## Relevant Procedural History

By way of background, Plaintiff filed the original complaint in this matter on December 4, 2025 (Doc 1). Plaintiff filed a pleading entitled "First Amended Petition" on December 18, 2025 (Doc 6). This Court issued an order on April 24, 2026 dismissing many defendants named in the First Amended Petition, including 16 individual members of the Clarkstown Police Department and directed that the Town of Clarkstown be substituted as a defendant for the Clarkstown Police Department. (Doc 10). Plaintiff was ordered to file a new complaint on or before May 29, 2026. *Id.*

On June 6, 2026, Plaintiff filed the Second Amended Complaint ("SAC") (Doc. 37). While the SAC contains a handful of allegations against the Town Defendants, the vast majority of the allegations within the 526 paragraphs concern other defendants.

The Town Defendants (and other defendants) sought leave to file motions to dismiss the

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP



Second Amended Complaint. This Court set a briefing schedule for the motions to dismiss, pursuant to which the Town Defendants served their motion to dismiss on September 14, 2026. *See* Docs. 52, 71. Plaintiff's Opposition to the motion to dismiss is due on October 29, 2026, and reply papers are due on November 13, 2026.

**Recent Filings**

On September 28, 2026, a Marshal's Receipt and Return of Service was entered on the docket stating service on Jason Gioseffi on September 17, 2026. Doc. 90 (filed 9/21/26, entered 9/28/26). The docket entry further states that an answer is due on October 8, 2026. Notably, it appears that the Receipt and Return of Service concerns the First Amended Petition filed on December 18, 2025, not the Second Amended Complaint.

As Officer Gioseffi and the Town have moved to dismiss the operative Second Amended Complaint, the Town Defendants request that any response to the documents served on September 17, 2026 be stayed.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Eliza M. Scheibel

**The Court GRANTS the Town Defendants' request to stay any response to Plaintiff's First Amended Complaint, which is no longer operative in this action. The Court extends this ruling to all Defendants in this action who are responding to the Second Amended Complaint, which is the operative complaint. The briefing schedule for motions to dismiss the Second Amended Complaint remains the same.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 98.**

**Dated: October 1, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge